Moyer, C.J., Holmes and Wright, JJ., dissent.

On motion for leave to supplement appendix. Motion granted.

**91–374.** State v. Rojas. *Hamilton County*, No. C–880332. On motion to withdraw appeal. Motion denied.

Resnick, J., dissents.

**91–641.** Hybud Equip. Corp. v. Sphere Drake Ins. Co., Ltd. *Summit County*, No. 14597. On motion to strike *amicus* briefs. Motion denied.

Moyer, C.J., and H. Brown, J., dissent.

**91–1106.** Harrison v. Judge. *Summit County*, Nos. 14751 and 14756. On motion for leave to file *amicus* of Association of Ohio Health Commissioners et al. Motion granted.

**91–1465.** State, ex rel. Mileff, v. Mifflin Twp. *Franklin County*, No. 88AP–108. On requests for oral argument. Requests denied.

Resnick, J., dissents.

**91–1507.** Ohio Chamber of Commerce v. State Emergency Response Comm. *Franklin County*, Nos. 91AP–173 and 91AP–174. On motion for leave to file *amicus* of Ohio Emergency Management Agency. Motion granted.

Douglas and Resnick, JJ., dissent.

Moyer, C.J., not participating.

**91–1519.** State v. May. *Montgomery County*, Nos. CA 12239, CA 12259 and CA 12260. On motion of the Attorney General for leave to intervene as supplementary counsel. Motion granted.

**91–1675.** State v. Murphy. *Marion County*, No. 9–87–35. On motion for leave to supplement the record. Motion granted.

Moyer, C.J., Sweeney and Douglas, JJ., dissent.

**91–1695.** Cardinal Fed. S. & L. Assn. v. Michaels Building Co. *Summit County*, No. 14521. On motion to clarify or, in the alternative, on motion to dismiss. Motion to clarify denied.

Wright, H. Brown and Resnick, JJ., would grant the motion to dismiss.

**91–1793.** Harris v. Atlas Single Ply Sys., Inc. *Guernsey County*, No. 90–CA–32. On motion for leave to file *amicus* of Ohio ABC, Inc. instanter. Motion granted.

Moyer, C.J., dissents.

**91–2099.** State, ex rel. Nelson, v. Fuerst. *Cuyahoga County*, No. 62021. On motion to strike. Motion denied.

Holmes, J., dissents.

**91–2255.** Tinkham v. Groveport-Madison Local School Dist. *Franklin County*, No. 90AP–77. On motion for leave to file notice of cross-appeal instanter. Motion granted.

Moyer, C.J., would dismiss the cause.

**91–2306.** State v. Oliver. *Lorain County*, No. 91CA005021. On motion for leave to file delayed appeal. Motion granted.

Holmes, Wright and H. Brown, JJ., dissent.

**91–2312.** State v. Elson. *Lucas County*, No. L–91–129. On motion to produce/transmit record and for stay. Motion denied.

**91–2333.** Fallon–Murphy v. Nationwide Mut. Ins. Co. *Franklin County*, No. 91AP–143. On motion to consolidate with 91–764, *Schaefer v. Allstate Ins. Co.*, Franklin County, No. 90AP–178 [61 Ohio St.3d 1421, 574 N.E.2d 1092]; 91–1042, *Schaefer v. Allstate Ins. Co.*, Franklin County, No. 90AP–178 [62 Ohio St.3d 1416, 577 N.E.2d 661]; and 91–2105, *Nationwide Mut. Ins. Co. v. Fallon–Murphy, infra* [62 Ohio St.3d 1502, 583 N.E.2d 973]. Motion granted.

Sweeney, Wright and Resnick, JJ., dissent.